AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

Mar 26, 2025

SEAN F. McAVOY, CLERK

RICHARD LEROY BRASMER

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| _____ | ) |
| *Defendant* | |

Civil Action No.   2:24-CV-00063-RLP

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to the Court Order at ECF No. 31, Rule 41(a)(1)(A)(ii), and the parties' stipulation, this action is DISMISSED
with prejudice.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Rebecca L. Pennell. _____

Date:  3/26/2025 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Brian Molony
_____
*(By) Deputy Clerk*

Brian Molony
_____